AMENDED

AO-10 (WP)
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2005

*Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)*

| 1. Person Reporting *(Last name, first, middle initial)*<br><br>Clemon, U.W. | 2. Court or Organization<br><br>Northern District of Alabama | 3. Date of Report<br><br>August 10, 2006 |
| --- | --- | --- |
| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>Chief District Judge (active) | 5a. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial ___X___ Annual ___ Final<br>5b. ___ Amended Report | 6. Reporting Period<br><br>01/01/05 through 12/31/05 |
| 7. Chambers or Office Address<br><br>1729 Fifth Avenue North, Suite 882<br>Birmingham, AL 35203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ | |

*IMPORTANT NOTES: The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
| --- | --- |
| [ ] **NONE** (No reportable positions.) | |
| 1 Member, Boards of Directors | Miles Law School, Leadership Birmingham, Operation New Birmingham, |
| 2 | Glenwood, Inc. |
| 3 Executor | Estate of Harry Wells, deceased |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| DATE | PARTIES AND TERMS |
| --- | --- |
| [X] **NONE** (No reportable agreements.) | |
| 1 | |
| 2 | |

RECEIVED 2006 AUG 15 A 11: 05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

### A. Filer's Non-Investment Income

| DATE | SOURCE AND TYPE | INCOME |
| --- | --- | --- |
| [X] **NONE** (No reportable non-investment income.) | | |
| 1 | | $ |
| 2 | | $ |
| 3 | | $ |

### B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

| DATE | SOURCE AND TYPE |
| --- | --- |
| [ ] **NONE** (No reportable non-investment income.) | |
| 1 2005 | Retirement Systems of Alabama, Deferred Retirement Option Plan |

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Clemon, U.W. | August 10, 2006 |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| ☐ | NONE (No such reportable reimbursements.) | |
| 1 | Russell County Voters League | December 31; Phenix City, AL; Emancipation Day Address (travel) |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| X | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| ☐ | NONE (No reportable liabilities.) | | |
| 1 | American Express Company | revolving account | K |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes:   J=$15,000 or less      K=$15,001-$50,000        L=$50,001-$100,000          M=$100,001-$250,000
               N=$250,001-$500,000     O=$500,001-$1,000,000                    P1=$1,000,001-$5,000,000
               P2=$5,000,001-$25,000,000      P3=$25,000,001-50,000,000               P4=$50,000,001 or more

AMENDED

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
| --- | --- |
| Clemon, U.W. | August 10, 2006 |

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| | A Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B Income during reporting period | | C Gross value at end of reporting | | D Transactions during reporting period | | | | |
| --- | --- | --- | --- | --- | --- | --- | --- | --- | --- | --- |
| | | (1) Amt. Code 1 (A-H) | (2) Type (e.g. div., rent or int.) | (1) Value Code 2 (J-P) | (2) Value Meth. Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date Month-Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| | NONE (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 | Washington Square Limited Partnership | A | None | L | W | | | | | |
| 2 | U.S. Savings Bonds | B | interest | J | T | redemption | monthly* | J | A | |
| 3 | Jeff County Teachers Credit Union | A | interest | J | T | | | | | |
| 4 | Franklin Value Mark II Mutual | A | dividend | J | T | | | | | |
| 5 | Franklin U.S. Gov't Mutual Fund | A | dividend | J | T | | | | | |
| 6 | Franklin 0 Coupon Mutual Fund | A | dividend | J | T | | | | | |
| 7 | Franklin G&I Mutual Fund | A | dividend | J | T | | | | | |
| 8 | Franklin Inc. Sec. Mutual Fund | A | dividend | J | T | | | | | |
| 9 | Franklin Global Comm Securities Mutual Fund | A | dividend | J | T | | | | | |
| 10 | Harry Wells Estate | D | tort claims | K | T | distribution | 5/2,5/17,7/22,12/10 | K | D | Harriett W. Horne |
| 11 | G. Moore's Mortgage, LA, CAL | D | mortgage | | | redemption | 5/17 | J | A | Gertie Moore |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |

1. Income/Gain Codes:   A=$1,000 or less      B=$1,001-$2,500        C=$2,501-$5,000        D=$5,001-$15,000        E=$15,001-$50,000
   (See Col. B1, D4)    F=$50,001-$100,000    G=$100,001-$1,000,000    H1=$1,000,001-$5,000,000    H2=More than $5,000,000
2. Value Codes:   J=$15,000 or less      K=$15,001-$50,000        L=$50,001-$100,000        M=$100,001-$250,000
   (See Col. C1, D3)    N=$250,001-$500,000    O=$500,001-$1,000,000    P1=$1,000,001-$5,000,000    P2=$5,000,001-$25,000,000
                        P3=$25,000,001-$50,000,000                    P4=More than $50,000,000
3. Value Method Codes:   Q=Appraisal      R=Cost (real estate only)    S=Assessment        T=Cash/Market
   (See Col. C2)    U=Book value    V=Other    W=Estimated

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 67 | | | | | | | | | |
| 68 | | | | | | | | | |

AMENDED

## FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Clemon, U.W. | August 10, 2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____          Date __8/10/06_____

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

**FILING INSTRUCTIONS**

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544

INSERTED ABOVE IN VIII

* Each of the U.S. Government Savings Bonds transactions, listed in Part VII, p. 1, line 2, was less than $1,000.

AO-10 (WP)
Rev. 1/2006

# FINANCIAL DISCLOSURE REPORT

## FOR CALENDAR YEAR 2005

Report Required by the Ethics in Government Act of 1978, (5 U.S.C. app. §§101-111)

| 1. Person Reporting *(Last name, first, middle initial)* | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| Clemon, U.W. | Northern District of Alabama | May 15, 2006 |

| 4. Title *(Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)*<br><br>Chief District Judge (active) | 5a. Report Type (check appropriate type)<br>___ Nomination, Date _____<br>___ Initial  __X__ Annual  ___ Final<br>5b.  ___ Amended Report | 6. Reporting Period<br><br>01/01/05 through 12/31/05 |

| 7. Chambers or Office Address<br><br>1729 Fifth Avenue North, Suite 882<br>Birmingham, AL 35203 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer _____ Date_____ |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of Instructions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| | NONE (No reportable positions.) | |
| 1 | Member, Boards of Directors | Miles Law School, Leadership Birmingham, Operation New Birmingham, |
| 2 | | Glenwood, Inc. |
| 3 | Executor | Estate of ██████████ |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of Instructions.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| X | NONE (No reportable agreements.) | |
| 1 | | |
| 2 | | |

RECEIVED 2005 MAY 22 P 1:05 FINANCIAL DISCLOSURE OFFICE

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of Instructions.)*

**A. Filer's Non-Investment Income**

| | DATE | SOURCE AND TYPE | INCOME |
|---|---|---|---|
| X | NONE (No reportable non-investment income.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |

**B. Spouse's Non-Investment Income - If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)**

| | DATE | SOURCE AND TYPE | |
|---|---|---|---|
| | NONE (No reportable non-investment income.) | | |
| 1 | 2005 | Retirement Systems of Alabama, Deferred Retirement Option Plan | |
| 2 | | | |

## IV. REIMBURSEMENTS -- transportation, lodging, food, entertainment.
*(Includes those to spouse and dependent children. See pp. 25-27 of Instructions.)*

| | SOURCE | DESCRIPTION |
|---|---|---|
| | NONE (No such reportable reimbursements.) | |
| 1 | Russell County Voters League | December 31; Phenix City, AL; Emancipation Day Address (travel) |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |
| 6 | | |
| 7 | | |

## V. GIFTS. *(Includes those to spouse and dependent children. See pp. 28-31 of Instructions.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| [X] | NONE (No such reportable gifts.) | | |
| 1 | | | $ |
| 2 | | | $ |
| 3 | | | $ |
| 4 | | | $ |

## VI. LIABILITIES. *(Includes those of spouse and dependent children See pp. 32-33 of Instructions.)*

| | CREDITOR | DESCRIPTION | VALUE CODE* |
|---|---|---|---|
| | NONE (No reportable liabilities.) | | |
| 1 | American Express Company | revolving account | K |
| 2 | | | |
| 3 | | | |
| 4 | | | |
| 5 | | | |

*Value Codes: J=$15,000 or less   K=$15,001-$50,000   L=$50,001-$100,000   M=$100,001-$250,000
N=$250,001-$500,000   O=$500,001-$1,000,000   P1=$1,000,001-$5,000,000
P2=$5,000,001-$25,000,000   P3=$25,000,001-50,000,000   P4=$50,000,001 or more

## VII. Page 1 INVESTMENTS and TRUSTS -- income, value, transactions *(Includes those of spouse and dependent children. See pp. 34-60 of Instructions.)*

| A. Description of Assets (including trust assets) Place (X) after each asset exempt from prior disclosure | B. Income during reporting period (1) Amt Code 1 (A-H) | B. (2) Type (e.g. div. rent or int) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. (2) Date Month Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| **NONE** (No reportable income, assets, or transactions.) | | | | | | | | | |
| 1 Washington Square Limited Partnership | A | None | L | W | | | | | |
| 2 U.S. Savings Bonds | B | interest | J | T | redemption | mnthly* | J | A | |
| 3 Jeff County Teachers Credit Union | A | interest | J | T | | | | | |
| 4 Franklin Value Mark II Mutual | A | dividend | J | T | | | | | |
| 5 Franklin U.S. Gov't Mutual Fund | A | dividend | J | T | | | | | |
| 6 Franklin 0 Coupon Mutual Fund | A | dividend | J | T | | | | | |
| 7 Franklin G&I Mutual Fund | A | dividend | J | T | | | | | |
| 8 Franklin Inc. Sec. Mutual Fund | A | dividend | J | T | | | | | |
| 9 ▬▬▬ Estate | D | t claims | K | T | distribution | 5/2** | K | D | Harriett W. Horne |
| 10 G. Moore Mortgage, LA, CAL | D | mortgage | | | redemption | 5/17 | J | A | |
| 11 | | | | | | | | | |
| 12 | | | | | | | | | |
| 13 | | | | | | | | | |
| 14 | | | | | | | | | |
| 15 | | | | | | | | | |
| 16 | | | | | | | | | |
| 17 | | | | | | | | | |

1. Income/Gain Codes: A=$1,000 or less  B=$1,001-$2,500  C=$2,501-$5,000  D=$5,001-$15,000  E=$15,001-$50,000
(See Col. B1, D4)  F=$50,001-$100,000  G=$100,001-$1,000,000  H1=$1,000,001-$5,000,000  H2=More than $5,000,000
2. Value Codes: J=$15,000 or less  K=$15,001-$50,000  L=$50,001-$100,000  M=$100,001-$250,000
(See Col. C1, D3)  N=$250,001-$500,000  O=$500,001-$1,000,000  P1=$1,000,001-$5,000,000  P2=$5,000,001-$25,000,000
P3=$25,000,001-$50,000,000  P4=More than $50,000,000
3. Value Method Codes: Q=Appraisal  R=Cost (real estate only)  S=Assessment  T=Cash/Market
(See Col. C2)  U=Book value  V=Other  W=Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Clemon, U.W. | May 15, 2006 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS (Indicate part of Report.)

\* Each of the U.S. Government Savings Bonds transactions, listed in Part VII, p. 1, line 2, was less than $1,000.

\* \* In addition to the May 2nd distribution to Harriett W. Horne, reflected in Part VII, p. 1, line 9, distributions were also made on May 17th, July 22nd, and December 10th.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353 and Judicial Conference regulations.

Signature _____   Date __5/15/06__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104.)

FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the
United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544